# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TERRELL WALKER**                                                                                          **PLAINTIFF**

v.                              **Case No. 4:23-cv-00556-KGB**

**DOES**                                                                                                    **DEFENDANTS**

## ORDER

Before the Court is the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Patricia S. Harris (Dkt. No. 7).  Plaintiff Terrell Walker has not filed any objections to the Recommendation, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*).  The Court dismisses without prejudice Mr. Walker's complaint for failure to prosecute (Dkt. No. 1).

It is so ordered this 28th day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge