IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRELL WALKER**                                                                                 **PLAINTIFF**

**v.**                          **Case No. 4:23-cv-00556-KGB**

**DOES**                                                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Terrell Walker's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied.

So adjudged this 28th day of August, 2023.

                                                                      _Kristine G. Baker_
                                                                      Kristine G. Baker
                                                                      United States District Judge